United States District Court
Southern District of Texas
**ENTERED**
November 23, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § | Civil Action No. 4:21-CV-03187 |
| v. | § § § | |
| AMERICAN PIPING INSPECTION, INC. | § § § § | Jury Trial Demanded |
| Defendant. | § § | |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Continue Scheduling Conference and for Extension of Time to File a Rule 26(f) Joint Discovery/Case Management Plan. The Court having considered the Motion concludes that the Motion should be **GRANTED**.

It is so **ORDERED**.

NOV 2 3 2021
Date

The Honorable Alfred H. Bennett
United States District Judge