# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

U.S. Equal Employment Opportunity
Commission

v.                                                    Case Number: 4:21−cv−03187

American Piping Inspection, Inc.

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**     Courtroom 8C
               United States District Court
               515 Rusk Avenue
               Houston, Texas 77002

**DATE:** 1/28/2022

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:    December 8, 2021

Nathan Ochsner, Clerk